**B1 (Official Form 1) (1/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Williams, Michelle A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Williams, Stephen R.** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2335** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2663** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15132 Turlington Avenue**<br>**Harvey, IL**<br>ZIPCODE **60426-3226** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**15132 Turlington Avenue**<br>**Harvey, IL**<br>ZIPCODE **60426-3226** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
| --- | --- | --- |
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☑ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (1/08)**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Williams, Michelle A. & Williams, Stephen R.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X /s/ Timothy K. Liou                            4/06/09<br>   Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (1/08) | | Page 3 |
|---|---|---|

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Williams, Michelle A. & Williams, Stephen R.**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Michelle A. Williams*
Signature of Debtor                    **Michelle A. Williams**

X */s/ Stephen R. Williams*
Signature of Joint Debtor              **Stephen R. Williams**

Telephone Number (If not represented by attorney)
**April  6, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Timothy K. Liou*
Signature of Attorney for Debtor(s)

**Timothy K. Liou 06229724**
**Law Office Of Timothy K. Liou**
**575 West Madison Street, Suite 361**
**Chicago, IL  60661-2614**

**April  6, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                          Case No. _____

Williams, Michelle A. & Williams, Stephen R.                       Chapter **13** _____
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **139**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April  6, 2009** _____        */s/ Michelle A. Williams* _____
                                               Debtor


                                               */s/ Stephen R. Williams* _____
                                               Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Williams, Michelle A.
15132 Turlington Avenue
Harvey, IL  60426-3226

Allied Data Corporation
Suite 400
13111 Westheimer
Houston, TX  77077

Associated St James Radiologists
Box 3597
Springfield, IL  62708-3597

Williams, Stephen R.
15132 Turlington Avenue
Harvey, IL  60426-3226

Allied Interstate Inc
Box 361373
Columbus, OH  43236

At & T
223 W. Jackson Blvd
Chicago, IL  60606

Law Office Of Timothy K. Liou
575 West Madison Street, Suite 361
Chicago, IL  60661-2614

Alsip Dental
11808 South Pulaski Road
Alsip, IL  60803

Beginning Readers Program
2931 East McCarty Street
Jefferson City, MO  65101

Advocate Christ Medical Center
Box 70508
Chicago, IL  60673

American Collections
919 Estes Ct
Schaumburg, IL  60193

Boyajian Law Offices
5th Floor
201 Route 17 North
Rutherford, NJ  07070

Advocate Christ Medical Center
Box 70508
Chicago, IL  60453

American Medical Collection Agency
Building Three
2269 South Saw Mill River Road
Elmsford, NY  10523

Brighter Vision
Customer Service
Box 9018
Buffalo, NY  14269

Advocate Christ Medical Center
Box 70508
Chicago, IL  60673-0508

Americash Loans, LLC
4818 W 148th St
Midlothian, IL  60445

Capital One Bank
Box 70886
Charlotte, NC  28272

Advocate Health Centers
21014 Network Place
Chicago, IL  60673

Aspire
Payment Processing
Box 23007
Columbus, GA  31902-3007

Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne, NY  10532

Advocate South Suburban Hospital
22091 Network Place
Chicago, IL  60673-1220

Asset Acceptance LLC
Box 2036
Warren, MI  48090-2036

Christ Medical Group
701 Lee Street
Des Plaines, IL  60016

Allen Lewis & Associates
Suite 5
1185 Lane Ave South
Jacksonville, FL  32205

Asset Acceptance LLC
C/O Fingerhut
Box 2036
Warren, MI  48090-2036

Citi
Box 45129
Jacksonville, FL  32232

Alliance One Receivables Management, Inc
Suite 300
4850 Street Road
Trevose, PA  19053

Assetcare, INC.
5100 Peachtree Industrial Blvd
Norcross, GA  30071

City Of Blue Island
13051 S. Greenwood Avenue
Blue Island, IL  60406

City Of Harvey
Box 2600
Harvey, IL  60426

DirecTV
Box 78626
Phoenix, AZ  85062-8626

Harris & Harris
222 Merchandise Mart Plaza Suite 1900
Chicago, IL  60654

City Of Markham
16313 S. Kedzie Parkway
Markham, IL  60428

Dish Network
Dept. 0063
Palatine, IL  60055

Harris & Harris
Suite 400
600 West Jackson Boulevard
Chicago, IL  60661-5636

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Eastern Savings Bank
Box 1277
Cockeysville, MD  21030-1277

Healthy Teeth Beautiful Smile
Loretta A. Smith, D.D.S., M.S.
9035 S. Western St.
Chicago, IL  60620

Computer Credit Svc Co
PO Box 60201
Chicago, IL  60660

EBI A Biomet Company
Box 346
Parsippany, NJ  07054

Household (Mc)
P.O. Box 17051
Baltimore, MD  21297-1051

Consultants In Pathology
Box 9231
Michigan City, IN  46361-9231

Executive Offices
C/O Illinois/Indiana EM-I Med
223 W. Jackson Blvd
Chicago, IL  60606

Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Country Club Hills, F.D.
Box 438495
Chicago, IL  60643

EZ Phone, Inc
3221 W. Burr Oak Ave
Blue Island, IL  60406-1829

I C System Inc
Po Box 64378
Saint Paul, MN  55164

Creditors Collection Bureau, Inc.
Box 63
Kankakee, IL  60901-0063

Family Eye Physicians
Suite 1600
777 Oakmont Lane
Westmont, IL  60559-9917

Illinois Bone And Joint Institute
Dept 1052
135 S. Lasalle Street
Chicago, IL  60674

CTR For Surg/Breast HLT
Suite A
18410 Crossing Drive
Tinley Park, IL  60477

Fingerhut
Direct Marketing Inc
6250 Ridgewood Road
St. Cloud, MN  56303

Illinois Collection Service Inc
C/O Advocate Christ Medical Center
Box 646
Oak Lawn, IL  60454-0646

Daily Southtown, Inc.
6901 W. 159th
Tinley Park, IL  60477

First Premier Bank
Box 5524
Sioux Falls, SD  57117-5519

Illinois Collection Service Inc
C/O University Of Chicago Physicians Gro
Box 646
Oak Lawn, IL  60454-0646

Dial Adjustment Bureau
960 Macarthur Boulevard
Mahwah, NJ  07495-0011

Harris
600 W Jackson
Chicago, IL  60661

Illinois Department Of Transportation
Division Of Traffic Safety
3215 Executive Park Drive
Springfield, IL  62766-0001

Ingalls Memorial Hospital
P O Box 75608
Chicago, IL  60675-5608

Medical Recovery Specialists, Inc.
Suite 288
2250 East Devon Avenue
Des Plaines, IL  60018-4519

NCO Financial Systems
Box 15270
Wilmington, DE  19850-9609

Ingalls Memorial Hospital
Attn: Patient Financial Services
One Ingalls Drive
Harvey, IL  60426

Medical Recovery Specialists, Inc.
Suite 352
2250 East Devon Avenue
Des Plaines, IL  60018-4519

NCO Financial Systems
605 W. Edison Rd Suite K
Mishawka, IN  46545

K & S Music, Inc.
61 Industrial Road
Berkley Heights, NJ  07922

Medical Recovery Specialists, Inc.
Suite 352
2250 East Devon Avenue
Des Plaines, IL  60018

Nco Financial Systems Inc
Box 4906
Trenton, NJ  08650

Law Offices Of Mitchell N. Kay, P.C.
C/O Palisades Collection, Llc At&T Wirel
Box 2374
Chicago, IL  60690

Mercantile Asjustment Bureau, Llc
C/O Sears-Stephen
Box 9016
Williamsville, NY  14231-9016

Nicor
Box 310
Aurora, IL  60507-0310

LVNV Funding
Box 10497
Greenville, SC  29603

Merchants & Professional Credit Bureau
Suite 210
11921 North Mopac Expressway
Austin, TX  78759

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

LVNV Funding
Box 740281
Houston, TX  77274

Midland Credit Management
8875 Aero Drive
San Diego, CA  92123

North Shore Agency, Inc.
Box 8901
Westbury, NY  11590-8901

M3 Financial Services, Inc
Box 802089
Chicago, IL  60680

Midwest Emergency Associates
Box 5990
Carol Stream, IL  60197

Oaklawn Radiology Imaging Consultants
37241 Eagle Way
Chicago, IL  60678

MCM
C/O Aspire Visa
Box 603
Oaks, PA  19456

Municipal Collection Services, Inc.
Box 1022
Wixom, MI  48393-1022

Oaklawn Radiology Imaging Consultants
C/O Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN  46321

Medical Business Bureau, Inc.
Box 1219
Park Ridge, IL  60068-7219

Mutual Hsp Srvcs In
2525 N Shadeland
Indianapolis, IN  46219

Orland Park Dental Specialists
9535 West 144th Place
Orland Park, IL  60462

Medical Recovery Specialists, Inc.
Suite 288
2200 East Devon Ave. Suite 288
Des Plaines, IL  60018-4519

NCO Financial Systems
Box 15630
Wilmington, DE  19850

Palisades Collection L
210 Sylvan Ave
Englewood, NJ  07632

Parkview Orthopaedic Group, S.C.
7600 West College Drive
Palos Heights, IL  60463-1001

Provena Saint Joseph Medical Center
333 N. Madison
Joliet, IL  60435

RMCB
Box 1234
Elmsford, NY  10523-0934

Pediatrix-Obstetrix Medical Group
Medical Group
1301 Concord Terrace
Sunrise, FL  33323

Provena Saint Joseph Medical Center
333 N. Madison St.
Joliet, IL  60435

RMCB Collection Agency
C/O Handy Mand Club
2269 South Saul Miller River Road
Elmsford, NY  10523

Pellettiere & Associates, LTD
991 Oak Creek Drive
Lombard, IL  60148-6408

Psychological Fitness Center
Suite 119
3235 Vollmer Road
Flossmoor, IL  60422

Rush University Medical Center
21238 Network Place
Chicago, IL  60673-1212

Penn Credit Corporation
Box 988
Harrisburg, PA  17108-0988

Publishers Clearing House
101 Winners Circle
Port Washington, NY  11050

SBC
Bill Payment Center
Saginaw, MI  48663-0003

Penncro Associates, Inc
C/O AT & T Cell Phone
Box 1878
Southampton, PA  18966-9998

Puzzlemania
Box 4002862
Des Moines, IA  50340

Scheck And Siress Prosthetics Inc
1 S. 376 Summit Avenue Court E
Oakbrook Terrace, IL  60181

Penncro Associates, Inc
Box 1878
Southampton, PA  18966-9998

Quest Diagnostics
Patient Billing
1355 Mittel Boulevard
Wood Dale, IL  60191-1024

Scheck And Siress Prosthetics Inc.
1 S. 376 Summit Avenue Court E
Oakbrook Terrace, IL  60181

Pentagroup Financial
5959 Corporate Dr Ste 14
Houston, TX  77036

Regional Adjustment Bureau
Box 34111
Memphis, TN  38184-0111

Sears Card
P O Box 6283
Sioux Falls, SD  57117-6283

Portfolio Recovery & Affiliates
Suite 10
120 Coporate Boulevard
Norfolk, VA  23502

Retrieval Masters Creditors Bureau, Inc.
Building 3
2269 S. Saw Mill River Road
Elmsford, NY  10523

Sears/cbsd
701 East 60th St N
Sioux Falls, SD  57117

Prairie Emergency Services
Box 2669
Joliet, IL  60434

Riddle & Associates, P.C.
Box 1187
Sandy, UT  84091-1187

Sound And Spirit
Box 1958
Indianapolis, IN  46291-0010

Professional Account Management Llc
C/O TCF Bank
Box 391
Milwaukee, WI  53201-0391

RJM Acquisitions LLC
Suite 224
575 Underhill Blvd
Syosset, NY  11791

Southwest Oral Surgeons, P.C.
6305 W. 95th Street
Oak Lawn, IL  60453

St James Hospital And Health Centers
1423 Chicago Road
Chicago Heights, IL  60411

The Payday Loan Store Of Illinois, Inc.
107 Sibley Rd
South Holland, IL  60473

Washu Partners- Calumet City, LLC
Dba The Money Market
802 East Sibley Boulevard
Dolton, IL  60419

St. Francis Hospital
P O Box 2102
Bedford Park, IL  60499-2102

Tidewater Motor Credit
Box 13306
Chesapeake, VA  23325

Wolpoff & Abramson, L.L.P.
C/O Palisades Collection Llc Of AT & T
702 King Farm Blvd
Rockville, MD  20850-5775

State Farm Mutual Automobile Insurance C
C/O Steven D. Gertler & Assoc., Ltd
415 N Lasalle Street, Suite 402
Chicago, IL  60610

UIC Medical Center
1740 West Taylor Street
Chicago, IL  60612

Steven D. Gertler & Associates, LTD.
Suite 402
415 N. LaSalle Drive
Chicago, IL  60654

UIC Medical Center
Dept Of Anesthesia
1740 West Taylor Street
Chicago, IL  60612

Stitt, Klein, Daday, Aretos, & Giampietr
Suite 250
2550 West Golf Road
Rolling Meadows, IL  60008

Universal Fidelity LP
Box 940880
Houston, TX  77094-7880

Summit Collection Services, Inc.
Box 306
Hohokus, NJ  07423-0306

Verizon Wireless
777 Big Timber Road
Elgin, IL  60123

TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL  60521

Village Of Homewood
Office Of Traffic Compliance
17950 S. Dixie Highway
Homewood, IL  60430

The CBE Group, Inc.
Suite 100
131 Tower Park Drive
Waterloo, IA  50701

Vyridian Revenue Management
9919 Roosevelt Road
Westchester, IL  60154

The Good Cook Book Club
1225 South Market St
Mechanicburg, PA  17055

Walgreens Homecare, Inc.
Box 73976
Chicago, IL  60673-7976

The Payday Loan Store Of Illinois, Inc.
107 Sibley Rd.
South Holland, IL  60473

Washu Partners- Calumet City, LLC
Dba The Money Market
16009-A S Kedzie
Markham, IL  60428

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                            Case No. _____

**Williams, Michelle A. & Williams, Stephen R.**_____    Chapter **13**_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,100.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,400.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]
    **Services as provided in attached Attorney Fee Agreement.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Representation pursuant to Sec. 523 shall be billed at $295.00 per hour.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**April  6, 2009**_____                **/s/ Timothy K. Liou**
Date                **Timothy K. Liou 06229724**
                                                  **Law Office Of Timothy K. Liou**
                                                  **575 West Madison Street, Suite 361**
                                                  **Chicago, IL  60661-2614**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:

**Williams, Michelle A. & Williams, Stephen R.**
Debtor(s)

Case No. _____
Chapter 13

## RIGHTS AND RESPONSIBILITIES AGREEMENT
## BETWEEN CHAPTER 13 DEBTORS AND THEIR ATTORNEYS
(Model Retention Agreement, revised as of May 1, 2007)

Chapter 13 gives debtors important rights, such as the right to keep property that could otherwise be lost through repossession or foreclosure—but Chapter 13 also puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 13 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is often crucial. Debtors are entitled to certain services from by their attorneys, but debtors also have responsibilities to their attorneys. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 13 process, the judges of the Bankruptcy Court for the Northern District of Illinois have approved the following agreement, setting out the rights and responsibilities of both debtors in Chapter 13 and their attorneys. By signing this agreement, debtors and their attorneys accept these responsibilities.

### BEFORE THE CASE IS FILED

**THE DEBTOR AGREES TO:**

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income.

**THE ATTORNEY AGREES TO:**

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Personally review with the debtor and sign the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later. (The schedules may be initially prepared with the help of clerical or paralegal staff in the attorney's office, but personal attention of the attorney is required for the review and signing.)

4. Timely prepare and file the debtor's petition, plan, statements, and schedules.

5. Explain to the debtor how, when, and where to make all necessary payments, including both payments that must be made directly to creditors and payments that must be made to the Chapter 13 trustee, with particular attention to housing and vehicle payments.

6. Advise the debtor of the need to maintain appropriate insurance.

### AFTER THE CASE IS FILED

**THE DEBTOR AGREES TO:**

1. Make the required payments to the trustee and to whatever creditors are being paid directly, or, if required payments cannot be made, to notify the attorney immediately.

2. Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card. (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.) The debtor must be present in time for check-in and when the case is called for the actual examination.

3. Notify the attorney of any change in the debtor's address or telephone number.

4. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

5. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings, or an inheritance).

6. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

7. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

8. Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

9. Supply the attorney with copies of all tax returns filed while the case is pending.

**THE ATTORNEY AGREES TO:**

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of the meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination) and, unless excused by the trustee, for the confirmation hearing.

4. If the attorney will be employing another attorney to attend the 341 meeting or any court hearing, personally explain to the debtor in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5. Timely submit to the Chapter 13 trustee properly documented proof of income for the debtor, including business reports for self-employed debtors.

6. Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

7. Timely prepare, file, and serve any necessary statements, amended statements and schedules and any change of address in accordance with information provided by the debtor.

8. Monitor all incoming case information (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and 6-month status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

9. Be available to respond to the debtor's questions throughout the term of the case.

10. Prepare, file, and serve timely modifications to the plan after confirmation, when necessary, including modifications to suspend, lower, or increase plan payments.

11. Prepare, file, and serve necessary motions to buy or sell property and to incur debt.

12. Object to improper or invalid claims.

13. Timely respond to the Chapter 13 trustee's motions to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the percentage payment to unsecured creditors.

14. Timely respond to motions for relief from stay.

15. Prepare, file, and serve all appropriate motions to avoid liens.

16. Provide any other legal services necessary for the administration of the case.

17. In the event that the case is converted to Chapter 7, provide any other legal services which may be necessary consistent with the attorney's responsibilities under Local Bankruptcy Rule 2090-5, with such additional fees as may be appropriate.

*ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES*

1. Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case unless otherwise ordered by the court. For all of the services outlined above, the attorney will be paid a fee of

$    3,800.00    .

In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for these services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

2. *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3. *Retainers.* The attorney may receive a retainer or other payment before filing the case, but may not receive fees directly from the debtor after the filing of the case. In any application for fees, whether or not requiring an itemization, the attorney shall disclose to the court any fees paid by the debtor prior to the case filing.

4. *Improper conduct by the attorney.* If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

5. *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

6. *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Date: **March 31, 2009**

Signed:

_____
Debtor

_____
Joint Debtor

_____
Attorney

*Do not sign if the fee amount at top of this page is blank.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Case No. _____

**Williams, Michelle A.**
_____

Chapter **13**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **_/s/ Michelle A. Williams_** _____

Date: **April  6, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                Case No. _____

**Williams, Stephen R.**                                              Chapter **13** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Stephen R. Williams** _____

Date: **April  6, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 (12/08)

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

    1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

    3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

    **WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address:<br><br>_____<br><br>_____<br><br>**X** _____<br>Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above. | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Williams, Michelle A. & Williams, Stephen R.**<br>_____<br>Printed Name(s) of Debtor(s) | **X** *_/s/ Michelle A. Williams_*       **4/06/2009**<br>    Signature of Debtor           Date |
| Case No. (if known) _____ | **X** *_/s/ Stephen R. Williams_*       **4/06/2009**<br>    Signature of Joint Debtor (if any)      Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Williams, Michelle A. & Williams, Stephen R. _____    Chapter **13** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    129,875.00 | | |
| B - Personal Property | Yes | 3 | $     10,102.32 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   113,857.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | $    65,050.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $    6,405.03 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $    4,305.00 |
| | TOTAL | 45 | $    139,977.32 | $   178,908.12 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

Williams, Michelle A. & Williams, Stephen R. _____    Chapter **13** _____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **6,405.03** |
| Average Expenses (from Schedule J, Line 18) | $ | **4,305.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **9,509.39** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **2,361.96** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **65,050.16** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **67,412.12** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**        Case No. _____

Debtor(s)                                  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Debtor's primary residence commonly known as 15132 Turlington Avenue, Harvey, IL  60426-3226** | | J | **120,000.00** | **104,086.00** |
| **Real property commonly known as 13411 S. Ridgeway Avenue, Chicago, IL 60472 (inherited w/ 7other siblings - Value reflects Debtor's 1/8 share)** | | W | **9,875.00** | **0.00** |
| | | **TOTAL** | **129,875.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
                  Debtor(s)                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account held by Charter One Bank** | J | 50.00 |
| | | **Business checking account held by Charter One Bank** | J | 30.00 |
| | | **Checking account held by Charter One Bank** | J | 200.00 |
| | | **Checking account held by Charter One Bank** | J | 5.00 |
| | | **Checking account held by Charter One Bank** | J | 1.00 |
| | | **Checking account held by Charter One Bank** | J | 5.00 |
| | | **Savings account held by Charter One Bank** | J | 1.00 |
| | | **Savings account held by Charter One Bank** | J | 0.32 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous depreciated household goods and furnishings** | | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel and shoes** | | 400.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance held by Primerica** | J | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
　　　　　　　　　　　　Debtor(s)                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Izusu Trooper with 270k miles | J | 500.00 |
| | | 2001 Chevrolet Astro Van with 120k miles | J | 500.00 |
| | | 2003 Hyundai Santa Fe with 104k miles | J | 7,410.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 10,102.32 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                     Case No. _____
_____
                        Debtor(s)                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Debtor's primary residence commonly known as 15132 Turlington Avenue, Harvey, IL  60426-3226** | **735 ILCS 5/12-901** | **30,000.00** | **120,000.00** |
| **Real property commonly known as 13411 S. Ridgeway Avenue, Chicago, IL 60472 (inherited w/ 7other siblings - Value reflects Debtor's 1/8 share)** | **735 ILCS 5/12-1001(b)** | **6,719.00** | **9,875.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Business checking account held by Charter One Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Business checking account held by Charter One Bank** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **Checking account held by Charter One Bank** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Savings account held by Charter One Bank** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Miscellaneous depreciated household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Necessary wearing apparel and shoes** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **1992 Izusu Trooper with 270k miles** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| **2001 Chevrolet Astro Van with 120k miles** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| **2003 Hyundai Santa Fe with 104k miles** | **735 ILCS 5/12-1001(c)** | **3,800.00** | **7,410.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.** _____    Case No. _____
<span style="font-size:small">Debtor(s)</span>                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1553**<br><br>**Eastern Savings Bank**<br>**Box 1277**<br>**Cockeysville, MD  21030-1277** | | J | **Mortgage on Debtor's primary residence; arrears to be paid through plan are $22,247.00**<br><br>VALUE $ **120,000.00** | | | | 104,086.00 | |
| ACCOUNT NO.<br><br>**Stitt, Klein, Daday, Aretos, & Giampietr**<br>**Suite 250**<br>**2550 West Golf Road**<br>**Rolling Meadows, IL  60008** | | | **Assignee or other notification for: Eastern Savings Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0466**<br><br>**Tidewater Motor Credit**<br>**Box 13306**<br>**Chesapeake, VA  23325** | | J | **02/06; title to 2003 Hyundai Santa Fe; contractual monthly payment was $419.66**<br><br>VALUE $ **7,410.00** | | | | 9,771.96 | 2,361.96 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

____**0**____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ 113,857.96 | $ 2,361.96 |
| Total<br>(Use only on last page) | $ 113,857.96 | $ 2,361.96 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

<span style="writing-mode:vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B6E (Official Form 6E) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                          Case No. _____
_____
Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4794**<br><br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **150.00** |
| ACCOUNT NO. **0740**<br><br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60453** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. **7916**<br><br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **200.00** |
| ACCOUNT NO. **0929**<br><br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **200.00** |

 **31** continuation sheets attached

Subtotal
(Total of this page) $        **650.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.                     Case No. _____
                  Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8834** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **200.00** |
| ACCOUNT NO. **4122** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc.** <br> **Suite 352** <br> **2250 East Devon Avenue** <br> **Des Plaines, IL  60018-4519** | | | **Assignee or other notification for:** <br> **Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **3797** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **99.99** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc.** <br> **Suite 288** <br> **2250 East Devon Avenue** <br> **Des Plaines, IL  60018-4519** | | | **Assignee or other notification for:** <br> **Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **5741** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc.** <br> **Suite 352** <br> **2250 East Devon Avenue** <br> **Des Plaines, IL  60018** | | | **Assignee or other notification for:** <br> **Advocate Christ Medical Center** | | | | |

Sheet no. ____**1**____ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **499.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3173**<br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **152.58** |
| ACCOUNT NO. **7782**<br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **92.47** |
| ACCOUNT NO.<br>**Harris & Harris<br>Suite 400<br>600 West Jackson Boulevard<br>Chicago, IL  60661-5636** | | | **Assignee or other notification for:<br>Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **8413**<br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **92.47** |
| ACCOUNT NO.<br>**Harris & Harris<br>Suite 400<br>600 West Jackson Boulevard<br>Chicago, IL  60661-5636** | | | **Assignee or other notification for:<br>Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **9527**<br>**Advocate Christ Medical Center<br>Box 70508<br>Chicago, IL  60673** | | J | **Medical services** | | | | **250.00** |
| ACCOUNT NO.<br>**Harris & Harris<br>Suite 400<br>600 West Jackson Boulevard<br>Chicago, IL  60661-5636** | | | **Assignee or other notification for:<br>Advocate Christ Medical Center** | | | | |

Sheet no. __**2**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    **587.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**                              Case No. _____
                             Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7896** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **152.58** |
| ACCOUNT NO. **6321** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **782.10** |
| ACCOUNT NO. <br> **Harris & Harris** <br> **Suite 400** <br> **600 West Jackson Boulevard** <br> **Chicago, IL  60661-5636** | | | **Assignee or other notification for:** <br> **Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **8326** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **15.68** |
| ACCOUNT NO. **6162** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. <br> **Harris & Harris** <br> **Suite 400** <br> **600 West Jackson Boulevard** <br> **Chicago, IL  60661-5636** | | | **Assignee or other notification for:** <br> **Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **9436** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | J | **Medical services** | | | | **150.00** |

Sheet no. _____**3**_____ of _____**31**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
      (Total of this page)  $ **1,200.36**

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Williams, Michelle A. & Williams, Stephen R.__                           Case No. _____
                                 Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Harris & Harris**<br>**Suite 400**<br>**600 West Jackson Boulevard**<br>**Chicago, IL  60661-5636** | | | **Assignee or other notification for:**<br>**Advocate Christ Medical Center** | | | | |
| ACCOUNT NO. **8777**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 652.92 |
| ACCOUNT NO. **6307**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 150.00 |
| ACCOUNT NO. **6442**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 887.96 |
| ACCOUNT NO. **3441**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 100.00 |
| ACCOUNT NO. **4141**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 154.77 |
| ACCOUNT NO. **7266**<br>**Advocate Christ Medical Center**<br>**Box 70508**<br>**Chicago, IL  60673-0508** | | W | medical bill | | | | 154.77 |

Sheet no. __4__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **2,100.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
_____
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2525** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673-0508** | | W | medical bill | | | | 250.00 |
| ACCOUNT NO. **3679** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673-0508** | | W | medical bill | | | | 152.58 |
| ACCOUNT NO. **2313** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673-0508** | | W | medical bill | | | | 763.04 |
| ACCOUNT NO. **4100** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673-0508** | | W | medical bill | | | | 210.00 |
| ACCOUNT NO. **3594** <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673-0508** | | W | medical bill | | | | 200.00 |
| ACCOUNT NO. **3180** <br> **Advocate Health Centers** <br> **21014 Network Place** <br> **Chicago, IL  60673** | | J | Medical services | | | | 10.00 |
| ACCOUNT NO. **4358** <br> **Advocate Health Centers** <br> **21014 Network Place** <br> **Chicago, IL  60673** | | J | Medical services | | | | 114.00 |

Sheet no. **5** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,699.62**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.                    Case No. _____
                    Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4584**<br>**Advocate South Suburban Hospital**<br>**22091 Network Place**<br>**Chicago, IL  60673-1220** | | W | medical bill | | | | 100.00 |
| ACCOUNT NO. **W222**<br>**Alliance One Receivables Management, Inc**<br>**Suite 300**<br>**4850 Street Road**<br>**Trevose, PA  19053** | | H | collection | | | | 983.37 |
| ACCOUNT NO.<br>**LVNV Funding**<br>**Box 10497**<br>**Greenville, SC  29603** | | | Assignee or other notification for:<br>**Alliance One Receivables Management, Inc** | | | | |
| ACCOUNT NO. **0971**<br>**Allied Data Corporation**<br>**Suite 400**<br>**13111 Westheimer**<br>**Houston, TX  77077** | | J | Collection acct | | | | 526.13 |
| ACCOUNT NO.<br>**Avon Morton Grove 3** | | | Assignee or other notification for:<br>**Allied Data Corporation** | | | | |
| ACCOUNT NO. **0706**<br>**Alsip Dental**<br>**11808 South Pulaski Road**<br>**Alsip, IL  60803** | | | medical bill | | | | 6.00 |
| ACCOUNT NO. **2301**<br>**Alsip Dental**<br>**11808 South Pulaski Road**<br>**Alsip, IL  60803** | | | medical bill | | | | 83.00 |

Sheet no. **6** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,698.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>     Case No. _____
Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2663**<br>**Alsip Dental**<br>**11808 South Pulaski Road**<br>**Alsip, IL  60803** | | J | | | | | 50.00 |
| ACCOUNT NO. **4597**<br>**American Collections**<br>**919 Estes Ct**<br>**Schaumburg, IL  60193** | | W | Open account opened 6/03 | | | | 228.00 |
| ACCOUNT NO.<br>**Karnes Music Co.** | | | Assignee or other notification for:<br>**American Collections** | | | | |
| ACCOUNT NO. **4662**<br>**Americash Loans, LLC**<br>**4818 W 148th St**<br>**Midlothian, IL  60445** | | H | loan | | | | 806.99 |
| ACCOUNT NO. **4661**<br>**Americash Loans, LLC**<br>**4818 W 148th St**<br>**Midlothian, IL  60445** | | W | loan | | | | 570.43 |
| ACCOUNT NO. **3207**<br>**Asset Acceptance LLC**<br>**Box 2036**<br>**Warren, MI  48090-2036** | | J | Collection acct for EZ TEL | | | | 388.11 |
| ACCOUNT NO.<br>**EZ Phone, Inc**<br>**3221 W. Burr Oak Ave**<br>**Blue Island, IL  60406-1829** | | | Assignee or other notification for:<br>**Asset Acceptance LLC** | | | | |

Sheet no. **7** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,043.53**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
                 Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7554**<br>**Asset Acceptance LLC**<br>**Box 2036**<br>**Warren, MI 48090-2036** | | J | **Collection account for SBC** | | | | **91.49** |
| ACCOUNT NO.<br>**SBC**<br>**Bill Payment Center**<br>**Saginaw, MI 48663-0003** | | | **Assignee or other notification for: Asset Acceptance LLC** | | | | |
| ACCOUNT NO. **6289**<br>**Asset Acceptance LLC**<br>**C/O Fingerhut**<br>**Box 2036**<br>**Warren, MI 48090-2036** | | W | **collection** | | | | **981.45** |
| ACCOUNT NO.<br>**Fingerhut**<br>**Direct Marketing Inc**<br>**6250 Ridgewood Road**<br>**St. Cloud, MN 56303** | | | **Assignee or other notification for: Asset Acceptance LLC** | | | | |
| ACCOUNT NO. **8135**<br>**Associated St James Radiologists**<br>**Box 3597**<br>**Springfield, IL 62708-3597** | | J | **Medical services** | | | | **703.00** |
| ACCOUNT NO. **5163**<br>**Associated St James Radiologists**<br>**Box 3597**<br>**Springfield, IL 62708-3597** | | J | **Medical services** | | | | **587.00** |
| ACCOUNT NO.<br>**Creditors Collection Bureau, Inc.**<br>**Box 63**<br>**Kankakee, IL 60901-0063** | | | **Assignee or other notification for: Associated St James Radiologists** | | | | |

Sheet no. ___**8**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,362.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                Case No. _____
                        Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5164** <br> **Associated St James Radiologists** <br> **Box 3597** <br> **Springfield, IL  62708-3597** | | J | | | | | 36.00 |
| ACCOUNT NO. <br> **Creditors Collection Bureau, Inc.** <br> **Box 63** <br> **Kankakee, IL  60901-0063** | | | **Assignee or other notification for: Associated St James Radiologists** | | | | |
| ACCOUNT NO. **4538** <br> **Associated St James Radiologists** <br> **Box 3597** <br> **Springfield, IL  62708-3597** | | J | **Medical services** | | | | 45.00 |
| ACCOUNT NO. <br> **Creditors Collection Bureau, Inc.** <br> **Box 63** <br> **Kankakee, IL  60901-0063** | | | **Assignee or other notification for: Associated St James Radiologists** | | | | |
| ACCOUNT NO. **4539** <br> **Associated St James Radiologists** <br> **Box 3597** <br> **Springfield, IL  62708-3597** | | J | **Medical services** | | | | 35.00 |
| ACCOUNT NO. <br> **Creditors Collection Bureau, Inc.** <br> **Box 63** <br> **Kankakee, IL  60901-0063** | | | **Assignee or other notification for: Associated St James Radiologists** | | | | |
| ACCOUNT NO. **8159** <br> **Associated St James Radiologists** <br> **Box 3597** <br> **Springfield, IL  62708-3597** | | J | **Orthapedic products** | | | | 16.60 |

Sheet no. ___**9**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ | 132.60 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Williams, Michelle A. & Williams, Stephen R.**                              Case No. _____
        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1037**<br>**Beginning Readers Program**<br>**2931 East McCarty Street**<br>**Jefferson City, MO  65101** | | J | Childrens learning tools | | | | 32.92 |
| ACCOUNT NO. **6080**<br>**Brighter Vision**<br>**Customer Service**<br>**Box 9018**<br>**Buffalo, NY  14269** | | J | Childrens learning tools | | | | 17.98 |
| ACCOUNT NO.<br>**Retrieval Masters Creditors Bureau, Inc.**<br>**Building 3**<br>**2269 S. Saw Mill River Road**<br>**Elmsford, NY  10523** | | | Assignee or other notification for:<br>Brighter Vision | | | | |
| ACCOUNT NO.<br>**RMCB**<br>**Box 1234**<br>**Elmsford, NY  10523-0934** | | | Assignee or other notification for:<br>Brighter Vision | | | | |
| ACCOUNT NO. **9968**<br>**C.B. U.S.A. Inc**<br>**C/O Purchase Rec Pediatric Center** | | H | collection | | | | 10.00 |
| ACCOUNT NO.<br>**Purchase Rec Pediatric Center** | | | Assignee or other notification for:<br>C.B. U.S.A. Inc | | | | |
| ACCOUNT NO. **8130**<br>**Capital One Bank**<br>**Box 70886**<br>**Charlotte, NC  28272** | | W | charge | | | | 975.21 |

Sheet no. **10** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1,036.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Regional Adjustment Bureau**<br>**Box 34111**<br>**Memphis, TN  38184-0111** | | | Assignee or other notification for:<br>**Capital One Bank** | | | | |
| ACCOUNT NO. **5201**<br>**Cavalry Portfolio Serv**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY  10532** | | H | Open account opened 3/06 | | | | 57.64 |
| ACCOUNT NO.<br>**At T** | | | Assignee or other notification for:<br>**Cavalry Portfolio Serv** | | | | |
| ACCOUNT NO. **6406**<br>**Christ Medical Group**<br>**701 Lee Street**<br>**Des Plaines, IL  60016** | | H | Medical services | | | | 210.00 |
| ACCOUNT NO. **6919**<br>**City Of Blue Island**<br>**13051 S. Greenwood Avenue**<br>**Blue Island, IL  60406** | | J | Citation for municipal code violation | | | | 50.00 |
| ACCOUNT NO.<br>**Municipal Collection Services, Inc.**<br>**Box 1022**<br>**Wixom, MI  48393-1022** | | | Assignee or other notification for:<br>**City Of Blue Island** | | | | |
| ACCOUNT NO. **2925**<br>**City Of Harvey**<br>**Box 2600**<br>**Harvey, IL  60426** | | | parking citation | | | | 125.00 |

Sheet no. __**11**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $        442.64

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.    Case No. _____
_____Debtor(s)_____    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9118<br>City Of Markham<br>16313 S. Kedzie Parkway<br>Markham, IL 60428 | | J | Traffic Citation | | | | 200.00 |
| ACCOUNT NO. 9376<br>Columbia House Company<br>Box 91602<br>Indianapolis, IN | | J | DVD Subscription | | | | 36.56 |
| ACCOUNT NO.<br>NCO Financial Systems<br>Box 15630<br>Wilmington, DE 19850 | | | Assignee or other notification for: Columbia House Company | | | | |
| ACCOUNT NO. 0025<br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | Utility service | | | | 1,504.25 |
| ACCOUNT NO. 9004<br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | J | Utility service | | | | 1,162.25 |
| ACCOUNT NO.<br>Assetcare, INC.<br>5100 Peachtree Industrial Blvd<br>Norcross, GA 30071 | | | Assignee or other notification for: ComEd | | | | |
| ACCOUNT NO.<br>Boyajian Law Offices<br>5th Floor<br>201 Route 17 North<br>Rutherford, NJ 07070 | | | Assignee or other notification for: ComEd | | | | |

Sheet no. 12 of 31 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,903.06

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**                                         Case No. _____
                   Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5SJA**<br>**Consultants In Pathology**<br>**Box 9231**<br>**Michigan City, IN  46361-9231** | | H | medical bill | | | | 6.87 |
| ACCOUNT NO. **7218**<br>**Country Club Hills, F.D.**<br>**Box 438495**<br>**Chicago, IL  60643** | | J | **Medical services** | | | | 424.00 |
| ACCOUNT NO. **4780**<br>**CTR For Surg/Breast HLT**<br>**Suite A**<br>**18410 Crossing Drive**<br>**Tinley Park, IL  60477** | | J | **Medical services** | | | | 572.00 |
| ACCOUNT NO. **8104**<br>**Daily Southtown, Inc.**<br>**6901 W. 159th**<br>**Tinley Park, IL  60477** | | J | **Subscription** | | | | 3.22 |
| ACCOUNT NO. **9768**<br>**Dial Adjustment Bureau**<br>**960 Macarthur Boulevard**<br>**Mahwah, NJ  07495-0011** | | J | **Collection acct for Nickelodeon Magazine** | | | | 39.95 |
| ACCOUNT NO. **8394**<br>**DirecTV**<br>**Box 78626**<br>**Phoenix, AZ  85062-8626** | | H | settlelite tv | | | | 196.67 |
| ACCOUNT NO.<br>**Allied Interstate Inc**<br>**Box 361373**<br>**Columbus, OH  43236** | | | **Assignee or other notification for:**<br>**DirecTV** | | | | |

Sheet no. ___**13**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,242.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nco Financial Systems Inc<br>Box 4906<br>Trenton, NJ 08650** | | | **Assignee or other notification for:**<br>**DirecTV** | | | | |
| ACCOUNT NO.<br>**Riddle & Associates, P.C.<br>Box 1187<br>Sandy, UT 84091-1187** | | | **Assignee or other notification for:**<br>**DirecTV** | | | | |
| ACCOUNT NO. **4265**<br>**Dish Network<br>Dept. 0063<br>Palatine, IL 60055** | | J | **Cable service** | | | | **657.38** |
| ACCOUNT NO.<br>**The CBE Group, Inc.<br>Suite 100<br>131 Tower Park Drive<br>Waterloo, IA 50701** | | | **Assignee or other notification for:**<br>**Dish Network** | | | | |
| ACCOUNT NO. **8686**<br>**EBI A Biomet Company<br>Box 346<br>Parsippany, NJ 07054** | | J | **Orthopedic products** | | | | **249.00** |
| ACCOUNT NO.<br>**Dr. William Baylis** | | | **Assignee or other notification for:**<br>**EBI A Biomet Company** | | | | |
| ACCOUNT NO.<br>**Summit Collection Services, Inc.<br>Box 306<br>Hohokus, NJ 07423-0306** | | | **Assignee or other notification for:**<br>**EBI A Biomet Company** | | | | |

Sheet no. **14** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **906.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9342** <br><br> **Executive Offices** <br> **C/O Illinois/Indiana EM-I Med** <br> **223 W. Jackson Blvd** <br> **Chicago, IL  60606** | | W | medical bill | | | | **100.00** |
| ACCOUNT NO. **4512** <br><br> **Family Eye Physicians** <br> **Suite 1600** <br> **777 Oakmont Lane** <br> **Westmont, IL  60559-9917** | | J | Medical services | | | | **5.00** |
| ACCOUNT NO. **3382** <br><br> **First Premier Bank** <br> **Box 5524** <br> **Sioux Falls, SD  57117-5519** | | J | Charge | | | | **418.51** |
| ACCOUNT NO. **4820** <br><br> **Harris** <br> **600 W Jackson** <br> **Chicago, IL  60661** | | W | | | | | **250.00** |
| ACCOUNT NO. <br><br> **Med1 02 Advocate Christ Medical Cent** | | | Assignee or other notification for: Harris | | | | |
| ACCOUNT NO. **1286** <br><br> **Harris** <br> **600 W Jackson** <br> **Chicago, IL  60661** | | W | | | | | **250.00** |
| ACCOUNT NO. <br><br> **Med1 02 Advocate Christ Medical Cent** | | | Assignee or other notification for: Harris | | | | |

Sheet no. ___**15**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,023.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                Case No. _____
                                       Debtor(s)                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **192a**<br><br>**Harris**<br>**600 W Jackson**<br>**Chicago, IL  60661** | | H | | | | | **150.00** |
| ACCOUNT NO.<br><br>**Med1 02 Advocate Christ Medical Cent** | | | Assignee or other notification for:<br>Harris | | | | |
| ACCOUNT NO. **1141**<br><br>**Harris**<br>**600 W Jackson**<br>**Chicago, IL  60661** | | W | | | | | **150.00** |
| ACCOUNT NO.<br><br>**Med1 02 Advocate Christ Medical Cent** | | | Assignee or other notification for:<br>Harris | | | | |
| ACCOUNT NO. **8766**<br><br>**Harris & Harris**<br>**222 Merchandise Mart Plaza Suite 1900**<br>**Chicago, IL  60654** | | J | Medical services | | | | **1,754.00** |
| ACCOUNT NO. **9000**<br><br>**Healthy Teeth Beautiful Smile**<br>**Loretta A. Smith, D.D.S., M.S.**<br>**9035 S. Western St.**<br>**Chicago, IL  60620** | | H | medical bill | | | | **507.00** |
| ACCOUNT NO. **4839**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | H | Revolving account opened 11/04 | | | | **521.49** |

Sheet no. ___**16**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,082.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R. _____   Case No. _____
<u>Debtor(s)</u>                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Household (Mc)** <br> **P.O. Box 17051** <br> **Baltimore, MD  21297-1051** | | | **Assignee or other notification for:** <br> **Hsbc Bank** | | | | |
| ACCOUNT NO. **3001** <br> **I C System Inc** <br> **Po Box 64378** <br> **Saint Paul, MN  55164** | | W | **Open account opened 3/05** | | | | **233.00** |
| ACCOUNT NO. <br> **Illinois Insurance Center** | | | **Assignee or other notification for:** <br> **I C System Inc** | | | | |
| ACCOUNT NO. **9206** <br> **Illinois Bone And Joint Institute** <br> **Dept 1052** <br> **135 S. Lasalle Street** <br> **Chicago, IL  60674** | | J | **Medical services** | | | | **181.00** |
| ACCOUNT NO. **1090** <br> **Illinois Collection Service Inc** <br> **C/O Advocate Christ Medical Center** <br> **Box 646** <br> **Oak Lawn, IL  60454-0646** | | W | **collection** | | | | **165.00** |
| ACCOUNT NO. <br> **Advocate Christ Medical Center** <br> **Box 70508** <br> **Chicago, IL  60673** | | | **Assignee or other notification for:** <br> **Illinois Collection Service Inc** | | | | |
| ACCOUNT NO. **1663** <br> **Illinois Collection Service Inc** <br> **C/O University Of Chicago Physicians Gro** <br> **Box 646** <br> **Oak Lawn, IL  60454-0646** | | W | **medical bill** | | | | **20.00** |

Sheet no. **17** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **599.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.                    Case No. _____
_____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3917** <br> **Illinois Department Of Transportation Division Of Traffic Safety 3215 Executive Park Drive Springfield, IL  62766-0001** | | | **Car accident** | | | | **2,250.00** |
| ACCOUNT NO. **2723** <br> **Ingalls Memorial Hospital P O Box 75608 Chicago, IL  60675-5608** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc. Suite 288 2200 East Devon Ave. Suite 288 Des Plaines, IL  60018-4519** | | | **Assignee or other notification for: Ingalls Memorial Hospital** | | | | |
| ACCOUNT NO. **4888** <br> **Ingalls Memorial Hospital Attn: Patient Financial Services One Ingalls Drive Harvey, IL  60426** | | J | **Medical services** | | | | **200.00** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc. Suite 352 2250 East Devon Avenue Des Plaines, IL  60018-4519** | | | **Assignee or other notification for: Ingalls Memorial Hospital** | | | | |
| ACCOUNT NO. **0413** <br> **Ingalls Memorial Hospital P O Box 75608 Chicago, IL  60675-5608** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc. Suite 352 2250 East Devon Avenue Des Plaines, IL  60018-4519** | | | **Assignee or other notification for: Ingalls Memorial Hospital** | | | | |

Sheet no. ___**18**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,650.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
                        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2335**<br>K & S Music, Inc.<br>61 Industrial Road<br>Berkley Heights, NJ  07922 | | J | Contractual | | | | 2,059.50 |
| ACCOUNT NO.<br>Allen Lewis & Associates<br>Suite 5<br>1185 Lane Ave South<br>Jacksonville, FL  32205 | | | Assignee or other notification for:<br>K & S Music, Inc. | | | | |
| ACCOUNT NO. **4513**<br>Law Offices Of Mitchell N. Kay, P.C.<br>C/O Palisades Collection, Llc At&T Wirel<br>Box 2374<br>Chicago, IL  60690 | | H | collection | | | | 258.24 |
| ACCOUNT NO.<br>At & T<br>223 W. Jackson Blvd<br>Chicago, IL  60606 | | | Assignee or other notification for:<br>Law Offices Of Mitchell N. Kay, P.C. | | | | |
| ACCOUNT NO. **2756**<br>M3 Financial Services, Inc<br>Box 802089<br>Chicago, IL  60680 | | J | Medical services | | | | 10.00 |
| ACCOUNT NO.<br>Vyridian Revenue Management<br>9919 Roosevelt Road<br>Westchester, IL  60154 | | | Assignee or other notification for:<br>M3 Financial Services, Inc | | | | |
| ACCOUNT NO. **9382**<br>MCM<br>C/O Aspire Visa<br>Box 603<br>Oaks, PA  19456 | | W | collection | | | | 247.37 |

Sheet no. __**19**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,575.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R. _____ Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aspire<br>Payment Processing<br>Box 23007<br>Columbus, GA 31902-3007** | | | **Assignee or other notification for:<br>MCM** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management<br>8875 Aero Drive<br>San Diego, CA 92123** | | | **Assignee or other notification for:<br>MCM** | | | | |
| ACCOUNT NO. **8866**<br>**Mercantile Asjustment Bureau, Llc<br>C/O Sears-Stephen<br>Box 9016<br>Williamsville, NY 14231-9016** | | H | collection | | | | **983.37** |
| ACCOUNT NO.<br>**Alliance One Receivables Management, Inc<br>Suite 300<br>4850 Street Road<br>Trevose, PA 19053** | | | **Assignee or other notification for:<br>Mercantile Asjustment Bureau, Llc** | | | | |
| ACCOUNT NO.<br>**LVNV Funding<br>Box 740281<br>Houston, TX 77274** | | | **Assignee or other notification for:<br>Mercantile Asjustment Bureau, Llc** | | | | |
| ACCOUNT NO.<br>**Sears Card<br>P O Box 6283<br>Sioux Falls, SD 57117-6283** | | | **Assignee or other notification for:<br>Mercantile Asjustment Bureau, Llc** | | | | |
| ACCOUNT NO. **4601**<br>**Midwest Emergency Associates<br>Box 5990<br>Carol Stream, IL 60197** | | J | **Medical services** | | | | **10.00** |

Sheet no. **20** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 993.37

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>          Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ingalls Hospital- Dr. Harris** | | | Assignee or other notification for:<br>**Midwest Emergency Associates** | | | | |
| ACCOUNT NO. **0102**<br>**Midwest Emergency Associates**<br>**Box 5990**<br>**Carol Stream, IL  60197** | | H | medical bill | | | | **10.00** |
| ACCOUNT NO. **8399**<br>**Mutual Hsp Srvcs In**<br>**2525 N Shadeland**<br>**Indianapolis, IN  46219** | | H | Open account opened 5/05 | | | | **150.00** |
| ACCOUNT NO.<br>**St James Hosp** | | | Assignee or other notification for:<br>**Mutual Hsp Srvcs In** | | | | |
| ACCOUNT NO. **8284**<br>**Nicor**<br>**Box 310**<br>**Aurora, IL  60507-0310** | | J | Utility service | | | | **389.70** |
| ACCOUNT NO.<br>**Asset Acceptance LLC**<br>**Box 2036**<br>**Warren, MI  48090-2036** | | | Assignee or other notification for:<br>**Nicor** | | | | |
| ACCOUNT NO. **7517**<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL  60563** | | H | Open account opened 10/08 | | | | **3,910.82** |

Sheet no. __21__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,460.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Williams, Michelle A. & Williams, Stephen R.** _____     Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6321**<br>**Oaklawn Radiology Imaging Consultants**<br>**37241 Eagle Way**<br>**Chicago, IL  60678** | | J | **Medical services** | | | | **24.38** |
| ACCOUNT NO. **2313**<br>**Oaklawn Radiology Imaging Consultants**<br>**C/O Trustmark Recovery Services**<br>**541 Otis Bowen Drive**<br>**Munster, IN  46321** | | J | | | | | **35.00** |
| ACCOUNT NO. **9300**<br>**Orland Park Dental Specialists**<br>**9535 West 144th Place**<br>**Orland Park, IL  60462** | | H | **medical bill** | | | | **55.62** |
| ACCOUNT NO.<br>**Computer Credit Svc Co**<br>**PO Box 60201**<br>**Chicago, IL  60660** | | | **Assignee or other notification for: Orland Park Dental Specialists** | | | | |
| ACCOUNT NO. **9492**<br>**Palisades Collection L**<br>**210 Sylvan Ave**<br>**Englewood, NJ  07632** | | H | **Open account opened 3/06** | | | | **833.00** |
| ACCOUNT NO.<br>**At T Wireless** | | | **Assignee or other notification for: Palisades Collection L** | | | | |
| ACCOUNT NO. **7802**<br>**Palos Heights Endodontics** | | | **medical bill** | | | | **459.00** |

Sheet no. ____**22**____ of ____**31**____ continuation sheets attached to                                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)   $ **1,407.00**

                                                                                                            Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                Case No. _____
               Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9614**<br><br>**Parkview Orthopaedic Group, S.C.**<br>**7600 West College Drive**<br>**Palos Heights, IL 60463-1001** | | W | medical bill | | | | **15.00** |
| ACCOUNT NO. **9668**<br><br>**Pediatrix-Obstetrix Medical Group**<br>**Medical Group**<br>**1301 Concord Terrace**<br>**Sunrise, FL 33323** | | J | **Medical services** | | | | **185.00** |
| ACCOUNT NO. **5100**<br><br>**Penncro Associates, Inc**<br>**C/O AT & T Cell Phone**<br>**Box 1878**<br>**Southampton, PA 18966-9998** | | H | collection | | | | **490.49** |
| ACCOUNT NO.<br><br>**AT & T Cell Phone** | | | Assignee or other notification for:<br>Penncro Associates, Inc | | | | |
| ACCOUNT NO. **4467**<br><br>**Pentagroup Financial**<br>**5959 Corporate Dr Ste 14**<br>**Houston, TX 77036** | | H | **Open account opened 4/03** | | | | **263.00** |
| ACCOUNT NO.<br><br>**Sprint** | | | Assignee or other notification for:<br>Pentagroup Financial | | | | |
| ACCOUNT NO. **6442**<br><br>**Prairie Emergency Services**<br>**Box 2669**<br>**Joliet, IL 60434** | | J | **Medical services** | | | | **552.00** |

Sheet no. _____**23**___ of ____**31**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                    (Total of this page)  $ **1,505.49**

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                                          Case No. _____
                                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4665** <br><br> **Professional Account Management Llc** <br> **C/O TCF Bank** <br> **Box 391** <br> **Milwaukee, WI 53201-0391** | | W | collection | | | | 126.64 |
| ACCOUNT NO. <br><br> **TCF Bank** <br> **800 Burr Ridge Parkway** <br> **Burr Ridge, IL 60521** | | | Assignee or other notification for: **Professional Account Management Llc** | | | | |
| ACCOUNT NO. **9857** <br><br> **Provena Saint Joseph Medical Center** <br> **333 N. Madison** <br> **Joliet, IL 60435** | | J | Medical services | | | | 2,188.03 |
| ACCOUNT NO. **7929** <br><br> **Provena Saint Joseph Medical Center** <br> **333 N. Madison St.** <br> **Joliet, IL 60435** | | J | Medical services | | | | 805.61 |
| ACCOUNT NO. <br><br> **Pellettiere & Associates, LTD** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148-6408** | | | Assignee or other notification for: **Provena Saint Joseph Medical Center** | | | | |
| ACCOUNT NO. **2335** <br><br> **Psychological Fitness Center** <br> **Suite 119** <br> **3235 Vollmer Road** <br> **Flossmoor, IL 60422** | | J | Cancellation fee | | | | 20.00 |
| ACCOUNT NO. **9608** <br><br> **Publishers Clearing House** <br> **101 Winners Circle** <br> **Port Washington, NY 11050** | | J | Charge | | | | 17.37 |

Sheet no. __24__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,157.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Penn Credit Corporation<br>Box 988<br>Harrisburg, PA  17108-0988** | | | Assignee or other notification for:<br>**Publishers Clearing House** | | | | |
| ACCOUNT NO. **8672** <br><br>**Puzzlemania<br>Box 4002862<br>Des Moines, IA  50340** | | J | **Childrens subscription** | | | | **11.06** |
| ACCOUNT NO. <br><br>**North Shore Agency, Inc.<br>Box 8901<br>Westbury, NY  11590-8901** | | | Assignee or other notification for:<br>**Puzzlemania** | | | | |
| ACCOUNT NO. **9005** <br><br>**Quest Diagnostics<br>Patient Billing<br>1355 Mittel Boulevard<br>Wood Dale, IL  60191-1024** | | J | **Medical services** | | | | **51.80** |
| ACCOUNT NO. <br><br>**American Medical Collection Agency<br>Building Three<br>2269 South Saw Mill River Road<br>Elmsford, NY  10523** | | | Assignee or other notification for:<br>**Quest Diagnostics** | | | | |
| ACCOUNT NO. **2764** <br><br>**Quest Diagnostics<br>Patient Billing<br>1355 Mittel Boulevard<br>Wood Dale, IL  60191-1024** | | | **medical bill** | | | | **97.86** |
| ACCOUNT NO. **4236** <br><br>**RMCB Collection Agency<br>C/O Handy Mand Club** | | H | **collection** | | | | **269.09** |

Sheet no. ___**25**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **429.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                                                          Case No. _____
                                      Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7922** <br><br>**RMCB Collection Agency** <br>**C/O Handy Mand Club** <br>**2269 South Saul Miller River Road** <br>**Elmsford, NY 10523** | | H | collection | | | | **29.64** |
| ACCOUNT NO. <br><br>**Retrieval Masters Creditors Bureau, Inc.** <br>**Building 3** <br>**2269 S. Saw Mill River Road** <br>**Elmsford, NY 10523** | | | Assignee or other notification for: <br>**RMCB Collection Agency** | | | | |
| ACCOUNT NO. **1005** <br><br>**Rush University Medical Center** <br>**21238 Network Place** <br>**Chicago, IL 60673-1212** | | J | **Medical services** | | | | **335.00** |
| ACCOUNT NO. <br><br>**Medical Recovery Specialists, Inc.** <br>**Suite 288** <br>**2250 East Devon Avenue** <br>**Des Plaines, IL 60018-4519** | | | Assignee or other notification for: <br>**Rush University Medical Center** | | | | |
| ACCOUNT NO. <br><br>**NCO Financial Systems** <br>**Box 15270** <br>**Wilmington, DE 19850-9609** | | | Assignee or other notification for: <br>**Rush University Medical Center** | | | | |
| ACCOUNT NO. **5010** <br><br>**Scheck And Siress Prosthetics Inc** <br>**1 S. 376 Summit Avenue Court E** <br>**Oakbrook Terrace, IL 60181** | | | **medical bill** | | | | **8.78** |
| ACCOUNT NO. **8216** <br><br>**Scheck And Siress Prosthetics Inc.** <br>**1 S. 376 Summit Avenue Court E** <br>**Oakbrook Terrace, IL 60181** | | J | | | | | **12.73** |

Sheet no. __26__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
               (Total of this page)  $   **386.15**

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8439**<br>**Sears/cbsd**<br>**701 East 60th St N**<br>**Sioux Falls, SD  57117** | | W | Revolving account opened 5/01 | | | | **405.66** |
| ACCOUNT NO.<br>**Citi**<br>**Box 45129**<br>**Jacksonville, FL  32232** | | | Assignee or other notification for:<br>Sears/cbsd | | | | |
| ACCOUNT NO. **2335**<br>**Sound And Spirit**<br>**Box 1958**<br>**Indianapolis, IN  46291-0010** | | J | Music club | | | | **2.96** |
| ACCOUNT NO. **3639**<br>**Southwest Oral Surgeons, P.C.**<br>**6305 W. 95th Street**<br>**Oak Lawn, IL  60453** | | W | medical bill | | | | **23.00** |
| ACCOUNT NO. **4595**<br>**St James Hospital And Health Centers**<br>**1423 Chicago Road**<br>**Chicago Heights, IL  60411** | | J | Medical services | | | | **150.00** |
| ACCOUNT NO. **0383**<br>**St. Francis Hospital**<br>**P O Box 2102**<br>**Bedford Park, IL  60499-2102** | | J | Medical services | | | | **200.00** |
| ACCOUNT NO. **2916**<br>**Steven D. Gertler & Associates, LTD.**<br>**Suite 402**<br>**415 N. LaSalle Drive**<br>**Chicago, IL  60654** | | J | Insurance claim against debtor | | | | **10,118.30** |

Sheet no. __27__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
(Total of this page)  $ **10,899.92**

                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
                                       Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **State Farm Mutual Automobile Insurance C** <br> **C/O Steven D. Gertler & Assoc., Ltd** <br> **415 N Lasalle Street, Suite 402** <br> **Chicago, IL  60610** | | | **Assignee or other notification for:** <br> **Steven D. Gertler & Associates, LTD.** | | | | |
| ACCOUNT NO. <br> **Valerie L. Hudson** | | | **Assignee or other notification for:** <br> **Steven D. Gertler & Associates, LTD.** | | | | |
| ACCOUNT NO. **1511** <br> **The Good Cook Book Club** <br> **1225 South Market St** <br> **Mechanicburg, PA  17055** | | J | **Subscription** | | | | **62.05** |
| ACCOUNT NO. <br> **RJM Acquisitions LLC** <br> **Suite 224** <br> **575 Underhill Blvd** <br> **Syosset, NY  11791** | | | **Assignee or other notification for:** <br> **The Good Cook Book Club** | | | | |
| ACCOUNT NO. **0023** <br> **The Payday Loan Store Of Illinois, Inc.** <br> **107 Sibley Rd.** <br> **South Holland, IL  60473** | | W | **loan** | | | | **602.50** |
| ACCOUNT NO. **0026** <br> **The Payday Loan Store Of Illinois, Inc.** <br> **107 Sibley Rd** <br> **South Holland, IL  60473** | | H | **loan** | | | | **650.32** |
| ACCOUNT NO. **0377** <br> **UIC Medical Center** <br> **1740 West Taylor Street** <br> **Chicago, IL  60612** | | J | **Medical services** | | | | **256.00** |

Sheet no. __28__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
                            (Total of this page)  $ **1,570.87**

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**605 W. Edison Rd Suite K**<br>**Mishawka, IN  46545** | | | **Assignee or other notification for:**<br>**UIC Medical Center** | | | | |
| ACCOUNT NO. **0372**<br>**UIC Medical Center**<br>**1740 West Taylor Street**<br>**Chicago, IL  60612** | | **J** | **Medical services** | | | | **7,655.80** |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**605 W. Edison Rd Suite K**<br>**Mishawka, IN  46545** | | | **Assignee or other notification for:**<br>**UIC Medical Center** | | | | |
| ACCOUNT NO. **0375**<br>**UIC Medical Center**<br>**1740 West Taylor Street**<br>**Chicago, IL  60612** | | **J** | **Medical services** | | | | **174.00** |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**605 W. Edison Rd Suite K**<br>**Mishawka, IN  46545** | | | **Assignee or other notification for:**<br>**UIC Medical Center** | | | | |
| ACCOUNT NO. **0376**<br>**UIC Medical Center**<br>**1740 West Taylor Street**<br>**Chicago, IL  60612** | | **J** | **Medical services** | | | | **30.00** |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**605 W. Edison Rd Suite K**<br>**Mishawka, IN  46545** | | | **Assignee or other notification for:**<br>**UIC Medical Center** | | | | |

Sheet no. __**29**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,859.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0714**<br>**UIC Medical Center**<br>**Dept Of Anesthesia**<br>**1740 West Taylor Street**<br>**Chicago, IL  60612** | | J | **Medical services** | | | | **100.00** |
| ACCOUNT NO.<br>**Medical Business Bureau, Inc.**<br>**Box 1219**<br>**Park Ridge, IL  60068-7219** | | | **Assignee or other notification for:**<br>**UIC Medical Center** | | | | |
| ACCOUNT NO. **9023**<br>**Universal Fidelity LP**<br>**Box 940880**<br>**Houston, TX  77094-7880** | | J | **Collection acct** | | | | **24.00** |
| ACCOUNT NO. **9001**<br>**Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL  60123** | | J | **Cell phone service** | | | | **222.82** |
| ACCOUNT NO.<br>**Portfolio Recovery & Affiliates**<br>**Suite 10**<br>**120 Coporate Boulevard**<br>**Norfolk, VA  23502** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |
| ACCOUNT NO. **4288**<br>**Village Of Homewood**<br>**Office Of Traffic Compliance**<br>**17950 S. Dixie Highway**<br>**Homewood, IL  60430** | | J | **sticker violation** | | | | **150.00** |
| ACCOUNT NO. **9UZ6**<br>**Walgreens Homecare, Inc.**<br>**Box 73976**<br>**Chicago, IL  60673-7976** | | J | **Medical services** | | | | **41.77** |

Sheet no. __**30**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $  **538.59** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Williams, Michelle A. & Williams, Stephen R.                    Case No. _____
_____Debtor(s)_____                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1494** <br> **Washu Partners- Calumet City, LLC** <br> **Dba The Money Market** <br> **16009-A S Kedzie** <br> **Markham, IL  60428** | | W | loan | | | | 806.99 |
| ACCOUNT NO. **1424** <br> **Washu Partners- Calumet City, LLC** <br> **Dba The Money Market** <br> **802 East Sibley Boulevard** <br> **Dolton, IL  60419** | | H | loan | | | | 570.43 |
| ACCOUNT NO. **2764** <br> **Who's Who Among Students** <br> **3200 Rice Mine Road NE** <br> **Tuscaloosa, AL** | | J | | | | | 73.43 |
| ACCOUNT NO. <br> **Merchants & Professional Credit Bureau** <br> **Suite 210** <br> **11921 North Mopac Expressway** <br> **Austin, TX  78759** | | | Assignee or other notification for: <br> Who's Who Among Students | | | | |
| ACCOUNT NO. **5567** <br> **Wolpoff & Abramson, L.L.P.** <br> **C/O Palisades Collection Llc Of AT & T** <br> **702 King Farm Blvd** <br> **Rockville, MD  20850-5775** | | H | collection | | | | 953.65 |
| ACCOUNT NO. <br> **At & T** <br> **223 W. Jackson Blvd** <br> **Chicago, IL  60606** | | | Assignee or other notification for: <br> Wolpoff & Abramson, L.L.P. | | | | |
| ACCOUNT NO. <br> **Penncro Associates, Inc** <br> **Box 1878** <br> **Southampton, PA  18966-9998** | | | Assignee or other notification for: <br> Wolpoff & Abramson, L.L.P. | | | | |

Sheet no. ___31___ of ___31___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,404.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  **65,050.16**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**_____ Case No. _____
                                  Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                        Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                    Case No. _____
<u>Debtor(s)</u>                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**See Schedule Attached** | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **State Illinois Correctional Center Rt 53**<br>**13 years**<br>**Box 400**<br>**Lockport, IL  60441** | **State Illinois Correctional Center Rt 53**<br>**13 years**<br>**Box 400**<br>**Lockport, IL  60441** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 4,614.79 | $ 5,050.02 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 4,614.79 | $ 5,050.02 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 429.01 | $ 1,268.77 |
| b. Insurance | $ 128.78 | $ 483.14 |
| c. Union dues | $ 55.86 | $ 55.86 |
| d. Other (specify)   Retirement | $ 392.28 | $ 429.28 |
| Association Dues | $ 8.40 | $ 8.40 |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,014.33 | $ 2,245.45 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,600.46 | $ 2,804.57 |
| | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>(Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 3,600.46 | $ 2,804.57 |

| **16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 6,405.03 |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                                    Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| DEPENDENTS: | RELATIONSHIP | AGE |
|---|---|---|
| | Daughter | 17 |
| | Son | 15 |
| | Son | 10 |
| | Daughter | 9 |
| | Daughter | 7 |
| | Son | 3 |
| | Daughter | 2 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Williams, Michelle A. & Williams, Stephen R.**                                    Case No. _____
<u>                          Debtor(s)                          </u>                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | _____ |
|    a. Are real estate taxes included?    Yes _____  No ✓ | | |
|    b. Is property insurance included?    Yes _____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | **388.00** |
|    b. Water and sewer | $ | **89.00** |
|    c. Telephone | $ | **55.00** |
|    d. Other  **See Schedule Attached** | $ | **266.00** |
| | $ | _____ |
| 3. Home maintenance (repairs and upkeep) | $ | **75.00** |
| 4. Food | $ | **1,200.00** |
| 5. Clothing | $ | **300.00** |
| 6. Laundry and dry cleaning | $ | **150.00** |
| 7. Medical and dental expenses | $ | **100.00** |
| 8. Transportation (not including car payments) | $ | **300.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | _____ |
| 10. Charitable contributions | $ | _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | _____ |
|    b. Life | $ | **167.00** |
|    c. Health | $ | _____ |
|    d. Auto | $ | **215.00** |
|    e. Other | $ | _____ |
| | $ | _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | _____ |
| | $ | _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | _____ |
|    b. Other | $ | _____ |
| | $ | _____ |
| 14. Alimony, maintenance, and support paid to others | $ | _____ |
| 15. Payments for support of additional dependents not living at your home | $ | _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | _____ |
| 17. Other  **Daycare** | $ | **1,000.00** |
| | $ | _____ |
| | $ | _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $ | **4,305.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | **6,405.03** |
|    b. Average monthly expenses from Line 18 above | $ | **4,305.00** |
|    c. Monthly net income (a. minus b.) | $ | **2,100.03** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Williams, Michelle A. & Williams, Stephen R.</u>                    Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)

| | |
|---|---|
| **Cell Phone (Michelle)** | **90.00** |
| **Cell Phone (Stephen)** | **90.00** |
| **Drainage Fees For Calumet Canal** | **6.00** |
| **Cable/Internet** | **80.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Williams, Michelle A. & Williams, Stephen R. _____    Case No. _____
                                    Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____47 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April  6, 2009** _____    Signature: **/s/ Michelle A. Williams** _____
                                                                        **Michelle A. Williams**                                       Debtor

Date: **April  6, 2009** _____    Signature: **/s/ Stephen R. Williams** _____
                                                                        **Stephen R. Williams**                                       (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Williams, Michelle A. & Williams, Stephen R.**                         Chapter **13**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
0.00   2009:  approx. $27,650.00;
          2008:  approx. $80,000.00; and
          2007:  approx. $88,578.00.

---

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eastern Savings Bank v. Stephen R. Williams, et. al., 08 CH 41825** | **Complaint to Foreclose Mortgage** | **Circuit Court of Cook County, County Department, Chancery Division** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None
☑
   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
☑
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **April  6, 2009** _____   Signature  */s/ Michelle A. Williams*
                                          of Debtor                                          **Michelle A. Williams**

Date: **April  6, 2009** _____   Signature  */s/ Stephen R. Williams*
                                            of Joint Debtor                          **Stephen R. Williams**
                                          (if any)

                            _____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only