UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHELLE A WILLIAMS                §         Case No.: 09-12302
         STEPHEN R WILLIAMS                 §
                                            §
         Debtor(s)                          §
------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2009.

2) This case was confirmed on 06/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/30/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/21/2010, 06/07/2011.

5) The case was dismissed on 07/06/2011.

6) Number of months from filing to the last payment: 27

7) Number of months case was pending: 30

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  43,200.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 43,115.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 43,115.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,409.20 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,710.16 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,119.36 |
| Attorney fees paid and disclosed by debtor | $ 2,090.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | NA | 1,872.79 | 1,872.79 | .00 | .00 |
| TIDEWATER FINANCE CO | SECURED | 7,410.00 | 7,410.00 | 7,410.00 | 663.32 | 621.00 |
| TIDEWATER FINANCE CO | UNSECURED | 2,361.96 | 1,913.86 | 1,913.86 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 62.05 | 62.05 | .00 | .00 |
| MUNCIPAL COLLECTION | UNSECURED | NA | 200.00 | 200.00 | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL & ME | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 99.99 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL & ME | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL & ME | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 152.58 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 92.47 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 92.47 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE CHRIST MEDI | UNSECURED | 152.58 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 782.10 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 15.68 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 652.92 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 887.96 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 154.77 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 154.77 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 152.58 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 763.04 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ALLIANCE ONE RECEIVA | UNSECURED | 983.37 | NA | NA | .00 | .00 |
| ALLIANCE ONE RECEIVA | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | 526.13 | NA | NA | .00 | .00 |
| ALSIP DENTAL | UNSECURED | 6.00 | NA | NA | .00 | .00 |
| ALSIP DENTAL | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| ALSIP DENTAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTIONS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 806.99 | 827.12 | 827.12 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 570.43 | 1,139.04 | 1,139.04 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 388.11 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 91.49 | 365.96 | 365.96 | .00 | .00 |
| AT & T BANKRUPTCY | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 981.45 | NA | NA | .00 | .00 |
| FINGERHUT | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 703.00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 587.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 45.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST JAMES RADIOLOGIST | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 16.60 | NA | NA | .00 | .00 |
| BEGINNING READERS PR | UNSECURED | 32.92 | NA | NA | .00 | .00 |
| BRIGHTER VISION | UNSECURED | 17.98 | NA | NA | .00 | .00 |
| BRIGHTER VISION | OTHER | .00 | NA | NA | .00 | .00 |
| BRIGHTER VISION | OTHER | .00 | NA | NA | .00 | .00 |
| PEDIATRIC CENTER | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| PEDIATRIC CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 975.21 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 57.64 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL GROUP | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF HARVEY | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| CITY OF MARKHAM | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE COMPA | UNSECURED | 36.56 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE COMPA | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,504.25 | 1,250.27 | 1,250.27 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,162.25 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CONSULTANT IN PATHOL | UNSECURED | 6.87 | NA | NA | .00 | .00 |
| COUNTRY CLUB HILLS P | UNSECURED | 424.00 | NA | NA | .00 | .00 |
| CTR FOR SURG/BREAST | UNSECURED | 572.00 | NA | NA | .00 | .00 |
| DAILY SOUTHTOWN | UNSECURED | 3.22 | NA | NA | .00 | .00 |
| DIAL ADJUSTMENT BURE | UNSECURED | 39.95 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 196.67 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRCTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV/PRIMESTAR | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 657.38 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| EBI | UNSECURED | 249.00 | NA | NA | .00 | .00 |
| EBI | OTHER | .00 | NA | NA | .00 | .00 |
| EBI | OTHER | .00 | NA | NA | .00 | .00 |
| EXECUTIVE OFFICES | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| FAMILY EYE PHYSICIAN | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 418.51 | 432.44 | 432.44 | .00 | .00 |
| HARRIS | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 1,754.00 | NA | NA | .00 | .00 |
| HEALTHY TEETH BEAUTI | UNSECURED | 507.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 521.49 | 456.92 | 456.92 | .00 | .00 |
| HOUSEHOLD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| ILLINOIS INSURANCE C | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS BONE & JOIN | UNSECURED | 181.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| ICS | OTHER | .00 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT TRANSP | UNSECURED | 2,250.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| K & S MUSIC INC | UNSECURED | 2,059.50 | NA | NA | .00 | .00 |
| K & S MUSIC INC | OTHER | .00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 258.24 | NA | NA | .00 | .00 |
| AT & T | OTHER | .00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SERVICE | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| MCM | UNSECURED | 247.37 | NA | NA | .00 | .00 |
| MCM | OTHER | .00 | NA | NA | .00 | .00 |
| MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| MERCANTILE ASJUSTMEN | UNSECURED | 983.37 | NA | NA | .00 | .00 |
| MERCANTILE ASJUSTMEN | OTHER | .00 | NA | NA | .00 | .00 |
| MERCANTILE ASJUSTMEN | OTHER | .00 | NA | NA | .00 | .00 |
| MERCANTILE ASJUSTMEN | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST EMERGENCY AS | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST EMERGENCY AS | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 389.70 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NICOR | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 3,910.82 | 1,333.42 | 1,333.42 | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 24.38 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| ORLAND PARK DENTAL S | UNSECURED | 55.62 | NA | NA | .00 | .00 |
| ORLAND PARK DENTAL | OTHER | .00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 833.00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS HEIGHTS ENDODO | UNSECURED | 459.00 | NA | NA | .00 | .00 |
| PARKVIEW ORTHOPAEDIC | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| PEDIATRIX OBSTETRIX | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| PENNCRO ASSOCIATES I | UNSECURED | 490.49 | NA | NA | .00 | .00 |
| PENNCRO ASSOCIATES I | OTHER | .00 | NA | NA | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | 263.00 | NA | NA | .00 | .00 |
| PENTAGROUP FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| PRARIE EMERGENCY SER | UNSECURED | 552.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | 126.64 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCNT M | OTHER | .00 | NA | NA | .00 | .00 |
| PROVENA ST JOES | UNSECURED | 2,188.03 | NA | NA | .00 | .00 |
| PROVENA ST JOES | UNSECURED | 805.61 | NA | NA | .00 | .00 |
| PROVENA ST JOSEPH ME | OTHER | .00 | NA | NA | .00 | .00 |
| PSYCHOLOGICAL FITNES | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 17.37 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | OTHER | .00 | NA | NA | .00 | .00 |
| PUZZLEMANIA | UNSECURED | 11.06 | NA | NA | .00 | .00 |
| PUZZLEMANIA | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 51.80 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 97.86 | NA | NA | .00 | .00 |
| RMCB COLLECTION AGEN | UNSECURED | 269.09 | NA | NA | .00 | .00 |
| RMCB COLLECTION AGEN | UNSECURED | 29.64 | NA | NA | .00 | .00 |
| RMCB COLLECTION AGEN | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| SCHECK AND SIRESS PR | UNSECURED | 8.78 | NA | NA | .00 | .00 |
| SCHECK AND SIRESS PR | UNSECURED | 12.73 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 405.66 | 1,040.21 | 1,040.21 | .00 | .00 |
| SEARS CBSD | OTHER | .00 | NA | NA | .00 | .00 |
| SOUND & SPIRIT | UNSECURED | 2.96 | NA | NA | .00 | .00 |
| SOUTHWEST ORAL SURGE | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                 Claim        Claim        Claim      Principal   Int. |
|   Name         Class   Scheduled    Asserted      Allowed       Paid     Paid  |
|                                                                                |
|STATE FARM MUTUAL AU  UNSECURED   10,118.30    10,118.30   10,118.30      .00      .00 |
|STATE FARM MUTUAL AU  OTHER             .00           NA         NA      .00      .00 |
|VALERIE L HUDSON      OTHER             .00           NA         NA      .00      .00 |
|THE GOOD COOK BOOK C  UNSECURED        62.05          NA         NA      .00      .00 |
|THE GOOD COOK BOOK C  OTHER             .00           NA         NA      .00      .00 |
|THE PAYDAY LOAN STOR  UNSECURED       602.50          NA         NA      .00      .00 |
|THE PAYDAY LOAN STOR  UNSECURED       650.32          NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  UNSECURED       256.00          NA         NA      .00      .00 |
|UIC MEDICAL CENTER    OTHER             .00           NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  UNSECURED     7,655.80          NA         NA      .00      .00 |
|UIC MEDICAL CENTER    OTHER             .00           NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  UNSECURED       174.00          NA         NA      .00      .00 |
|UIC MEDICAL CENTER    OTHER             .00           NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  UNSECURED        30.00          NA         NA      .00      .00 |
|UIC MEDICAL CENTER    OTHER             .00           NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  UNSECURED       100.00          NA         NA      .00      .00 |
|UNIVERSITY OF ILLINO  OTHER             .00           NA         NA      .00      .00 |
|UNIVERSAL FIDELITY L  UNSECURED        24.00          NA         NA      .00      .00 |
|VERIZON WIRELESS      UNSECURED       222.82      939.04     939.04      .00      .00 |
|VERIZON WIRELESS      OTHER             .00           NA         NA      .00      .00 |
|VILLAGE OF HOMEWOOD   UNSECURED       150.00          NA         NA      .00      .00 |
|WALGREENS ADVANCE CA  UNSECURED        41.77          NA         NA      .00      .00 |
|WASHU PARTNERS MARKH  UNSECURED       806.99          NA         NA      .00      .00 |
|WASHU PARTNERS        UNSECURED       570.43          NA         NA      .00      .00 |
|WHOS WHO AMOUNG STUD  UNSECURED        73.43          NA         NA      .00      .00 |
|WHOS WHO AMONG STUDE  OTHER             .00           NA         NA      .00      .00 |
|WOLPOFF & ABRAMSON    UNSECURED       953.65          NA         NA      .00      .00 |
|WOLPOFF & ABRAMSON    OTHER             .00           NA         NA      .00      .00 |
|EASTERN SAVINGS BANK  SECURED     104,086.00   116,176.84  37,711.32  37,711.32   .00 |
|EASTERN SAVINGS BANK  SECURED      22,247.00    20,802.07  20,802.07      .00      .00 |
|EASTERN SAVINGS BANK  OTHER             .00           NA         NA      .00      .00 |
|AVON MORTON GROVE 3   OTHER             .00           NA         NA      .00      .00 |
|EASTERN SAVINGS BANK  OTHER              NA           NA         NA      .00      .00 |
|AT & T WIRELESS       UNSECURED          NA       490.49     490.49      .00      .00 |
|AT & T WIRELESS       UNSECURED          NA       833.03     833.03      .00      .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 37,711.32 | 37,711.32 | .00 |
| Mortgage Arrearage | 20,802.07 | .00 | .00 |
| Debt Secured by Vehicle | 7,410.00 | 663.32 | 621.00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 65,923.39 | 38,374.64 | 621.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,274.94 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,119.36 |
| Disbursements to Creditors | $ | 38,995.64 |
| **TOTAL DISBURSEMENTS:** | $ | 43,115.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/18/2011               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**